1  EUGENE RYU, Bar No. 209104
   Email: eryu@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, California 90071
4  Telephone: 213.443.4300
   Facsimile: 213.443.4299

5

6  CHARLES ROBERT HARRINGTON, Bar No. 302239
   Email: rharrington@littler.com
   LITTLER MENDELSON, P.C.
7  333 Bush Street
   34th Floor
8  San Francisco, CA 94104
   Telephone: 415.433.1940
9  Facsimile: 415.399.8490

10 Attorneys for Defendants
   REPUBLIC SERVICES, INC.; ALLIED WASTE
11 SYSTEMS, INC. dba REPUBLIC SERVICES OF
   CONTRA COSTA COUNTY; SOLANO GARBAGE
12 COMPANY

13 *Additional Counsel on the following page*

14 UNITED STATES DISTRICT COURT

15 EASTERN DISTRICT OF CALIFORNIA

16

17 JIMMY ALEXANDER, individually and on behalf of all others similarly situated,

Case No. 17-CV-00645-WBS-AC

18 Plaintiff,

**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO STAY**

19

20 v.

21 REPUBLIC SERVICES, INC., an unknown corporation; ALLIED WASTE SYSTEMS, INC. d.b.a. REPUBLIC SERVICES OF CONTRA COSTA COUNTY, an unknown corporation; SOLANO GARBAGE COMPANY, an unknown corporation, and DOES 1 through 50, inclusive,

Date: November 13, 2017
Time: 1:30 p.m.
Judge: Honorable William B. Shubb
Dept: Ctrm. 5, 14th Floor

Complaint Filed: February 14, 2017

25 Defendants.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 17-CV-00645-WBS-AC

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO STAY

1  JEFFREY J. MANN, Bar No. 253440
   jmann@littler.com
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
4  Telephone: 925.932.2468
   Facsimile: 925.946.9809
5
   Attorneys for Defendants
6  REPUBLIC SERVICES, INC.; ALLIED WASTE
   SYSTEMS, INC. dba REPUBLIC SERVICES OF
7  CONTRA COSTA COUNTY; SOLANO GARBAGE
   COMPANY

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 17-CV-00645-WBS-AC

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO STAY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Jimmy Alexander ("Plaintiff") and Defendants Republic Services, Inc., Allied Waste Systems, Inc. d.b.a. Republic Services of Contra Costa County and Solano Garbage Company ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. Plaintiff's motion to stay (Dkt. No. 21) is hereby withdrawn;
2. The case is stayed for all purposes until the next status conference, which shall be continued to July 30, 2018 at 1:30 p.m.; and
3. The parties shall file an updated joint case management statement no later than July 16, 2018.

**STIPULATED AND AGREED.**

Respectfully submitted,

Dated: November 29, 2017       LITTLER MENDELSON, P.C.

By: */s/ Jeffrey J. Mann*
   EUGENE RYU
   CHARLES ROBERT HARRINGTON
   JEFFREY J. MANN

   Attorneys for Defendants
   REPUBLIC SERVICES, INC.; ALLIED WASTE SYSTEMS, INC. dba REPUBLIC SERVICES OF CONTRA COSTA COUNTY; SOLANO GARBAGE COMPANY

Dated: November 29, 2017       YOON LAW, APC

By: */s/ Kenneth H. Yoon*
   Kenneth H. Yoon
   Stephanie E. Yasuda
   Brian G. Lee

   Attorneys for Plaintiff Jimmy Alexander

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 17-CV-00645-WBS-AC    1.    STIPULATION AND [PROPOSED] REGARDING MOTION TO STAY

**[~~PROPOSED~~ ORDER]**

Pursuant to the Parties' Stipulation, and good cause appearing, **IT IS SO ORDERED**.

Dated: December 1, 2017      By:    /s/John A. Mendez
for William B. Shubb
United States District Court Judge

Firmwide:151236360.1 068119.1478

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 17-CV-00645-WBS-AC    2.    STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO STAY