1  EUGENE RYU, Bar No. 209104
   Email: eryu@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, California 90071
4  Telephone: 213.443.4300
   Facsimile: 213.443.4299
5
   JEFFREY J. MANN, Bar No. 253440
6  jmann@littler.com
   LITTLER MENDELSON, P.C.
7  Treat Towers
   1255 Treat Boulevard, Suite 600
8  Walnut Creek, California 94597
   Telephone: 925.932.2468
9  Facsimile: 925.946.9809

10 Attorneys for Defendants
   REPUBLIC SERVICES, INC.; ALLIED WASTE
11 SYSTEMS, INC. dba REPUBLIC SERVICES OF
   CONTRA COSTA COUNTY; SOLANO GARBAGE
12 COMPANY

13 *Additional Counsel on the following page*

14 UNITED STATES DISTRICT COURT

15 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ALEXANDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REPUBLIC SERVICES, INC., an unknown corporation; ALLIED WASTE SYSTEMS, INC. d.b.a. REPUBLIC SERVICES OF CONTRA COSTA COUNTY, an unknown corporation; SOLANO GARBAGE COMPANY, an unknown corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 17-CV-00645-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND STAY**<br><br>Date: July 30, 2018<br>Time: 1:30 p.m.<br>Judge: Honorable William B. Shubb<br>Dept: Ctrm. 5, 14th Floor<br><br>Complaint Filed: February 14, 2017 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 17-CV-00645-WBS-AC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND STAY

Firmwide:156031368.1 068119.1478

| | |
|---|---|
| 1 | C. ROBERT HARRINGTON, Bar No. 302239 |
| | rharrington@littler.com |
| 2 | Littler Mendelson, P.C. |
| | 333 Bush Street |
| 3 | 34th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 5 | |
| | Attorneys for Defendants |
| 6 | REPUBLIC SERVICES, INC.; ALLIED WASTE |
| | SYSTEMS, INC. dba REPUBLIC SERVICES OF |
| 7 | CONTRA COSTA COUNTY; SOLANO GARBAGE |
| | COMPANY |
| 8 | |
| | KENNETH H. YOON (State Bar No. 198443) |
| 9 | STEPHANIE E. YASUDA (State Bar No. 265480) |
| | BRIAN G. LEE (State Bar No. 300990) |
| 10 | **YOON LAW, APC** |
| | One Wilshire Blvd., Suite 2200 |
| 11 | Los Angeles, California 90017 |
| | Telephone: (213) 612-0988 |
| 12 | Facsimile: (213) 947-1211 |
| | kyoon@yoonlaw.com |
| 13 | syasuda@yoonlaw.com |
| | blee@yoonlaw.com |
| 14 | |
| | DOUGLAS HAN (State Bar No. 232858) |
| 15 | dhan@justicelawcorp.com |
| | SHUNT TATAVOS-GHARAJEH (State Bar No. 272164) |
| 16 | statavos@justicelawcorp.com |
| | DANIEL J. PARK (State Bar No. 274973) |
| 17 | dpark@justicelawcorp.com |
| | **JUSTICE LAW CORPORATION** |
| 18 | 411 North Central Avenue, Suite 500 |
| | Glendale, California 91203 |
| 19 | Telephone: (818) 230-7502 |
| | Facsimile: (818) 230-7259 |
| 20 | |
| | Attorneys for Plaintiff |
| 21 | JIMMY ALEXANDER |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 17-CV-00645-WBS-AC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND STAY

Firmwide:156031368.1 068119.1478

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff Jimmy Alexander ("Plaintiff") and Defendants Republic Services, Inc., Allied Waste Systems, Inc. d.b.a. Republic Services of Contra Costa County and Solano Garbage Company ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, on December 1, 2017, the Court stayed this action pending the resolution of numerous cases pending in Texas whose settlements were likely to include putative class members in this case, and to provide time for the parties to explore the possibility of settlement;

WHEREAS, the parties have scheduled mediation with Hunter Hughes, the mediator who presided over the settlements of the Texas cases, on August 14, 2018 in Los Angeles; and

WHEREAS, a status conference is set for July 30, 2018 at 1:30pm; and

WHEREAS, the stay in this case is set to expire on the day of the status conference, July 30, 2018;

NOW, THEREFORE, the Parties respectfully request the Court continue the status conference scheduled to take place on July 30, 2018 until October 15, 2018 and the Court continue the stay in this case until the next status conference.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

Dated: July 26, 2018          LITTLER MENDELSON, P.C.


By: */s/ Jeffrey J. Mann*
    EUGENE RYU
    CHARLES ROBERT HARRINGTON
    JEFFREY J. MANN

Attorneys for Defendants
REPUBLIC SERVICES, INC.; ALLIED WASTE SYSTEMS, INC. dba REPUBLIC SERVICES OF CONTRA COSTA COUNTY; SOLANO GARBAGE COMPANY

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 2:17-CV-00645-WBS-AC
Firmwide:156057368.1-068119.1478

1.    STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND STAY

Dated: July 26, 2018                    YOON LAW, APC


                                        By: */s/ Kenneth H. Yoon*
                                            Kenneth H. Yoon
                                            Stephanie E. Yasuda
                                            Brian G. Lee

                                            Attorneys for Plaintiff Jimmy Alexander

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 17-CV-00645-WBS-AC
Firmwide:156057368.1-068119.1478

2.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND STAY

## ORDER

The Court, having considered the Parties' stipulation and good cause appearing, hereby grants the Parties' request and continues the status conference scheduled to take place on July 30, 2018 until October 15, 2018 and also continues the stay in this case until that date.

**IT IS SO ORDERED**.

Dated: July 27, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 2:17-CV-00645-WBS-AC
Firmwide:196057368.1-068119.1478

3.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND STAY