EUGENE RYU, Bar No. 209104
Email: eryu@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

JEFFREY J. MANN, Bar No. 253440
Email: jmann@littler.com
LITTLER MENDELSON, P.C.
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendants
REPUBLIC SERVICES, INC.; ALLIED WASTE SYSTEMS, INC. dba REPUBLIC SERVICES OF CONTRA COSTA COUNTY; SOLANO GARBAGE COMPANY

*Additional Counsel on the following page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ALEXANDER, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br>v.<br><br>REPUBLIC SERVICES, INC., an unknown corporation; ALLIED WASTE SYSTEMS, INC. d.b.a. REPUBLIC SERVICES OF CONTRA COSTA COUNTY, an unknown corporation; SOLANO GARBAGE COMPANY, an unknown corporation, and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No.: 2:17-CV-00645-WBS-AC<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 41(A)(1)(A)(II); [~~PROPOSED~~] ORDER**<br><br><br><br><br>Complaint Filed: February 14, 2017 |

| | |
|---|---|
| 1 | C. ROBERT HARRINGTON, Bar No. 302239 |
| 2 | Email: rharrington@littler.com |
| | LITTLER MENDELSON, P.C. |
| 3 | 333 Bush Street, 34th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone: 415.433. 1940 |
| 5 | Facsimile: 415. 399.8490 |
| 6 | Attorneys for Defendants |
| | REPUBLIC SERVICES, INC.; ALLIED |
| 7 | WASTE SYSTEMS, INC. dba REPUBLIC |
| 8 | SERVICES OF CONTRA COSTA COUNTY; |
| | SOLANO GARBAGE COMPANY |
| 9 | |
| 10 | KENNETH H. YOON, Bar No. 198443 |
| | Email: kyoon@yoonlaw.com |
| 11 | STEPHANIE E. YASUDA, Bar No. 265480 |
| | Email: syasuda@yoonlaw.com |
| 12 | BRIAN G. LEE, Bar No. 300990 |
| 13 | Email: blee@yoonlaw.com |
| | **YOON LAW, APC** |
| 14 | One Wilshire Blvd., Suite 2200 |
| | Los Angeles, California 90017 |
| 15 | Telephone: 213.612.0988 |
| 16 | Facsimile: 213. 947.1211 |
| 17 | DOUGLAS HAN, Bar No. 232858 |
| | Email: dhan@justicelawcorp.com |
| 18 | SHUNT TATAVOS-GHARAJEH, Bar No. 272164 |
| 19 | Email: statavos@justicelawcorp.com |
| | DANIEL J. PARK, Bar No. 274973 |
| 20 | Email: dpark@justicelawcorp.com |
| | **JUSTICE LAW CORPORATION** |
| 21 | 411 N. Central Avenue, Suite 500 |
| 22 | Glendale, California 91203 |
| | Telephone: 818.230.7502 |
| 23 | Facsimile: 818.230.7259 |
| 24 | Attorneys for Plaintiff |
| | Jimmy Alexander |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1

CASE NO. 2:17-CV-00645-WBS-AC

FIRMWIDE:157724808.1 068119.1478

STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 41(a)(1)(A)(ii)

**TO THE HONORABLE COURT**:

Plaintiff Jimmy Alexander ("Plaintiff") and Defendants Republic Services, Inc., Allied Waste Systems, Inc. dba Republic Services of Contra Costa County, Solano Garbage Company (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record named herein, hereby submit this Stipulation of Dismissal.

WHEREAS, on July 7, 2017, Defendants removed Plaintiff's state court action pending in Solano County Superior Court, based on CAFA jurisdiction;

WHEREAS, the Parties have been engaged in meaningful settlement discussions, including participating in a mediation on August 14, 2018; and

WHEREAS, the Parties have reached settlement.

**NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS**:

1. Plaintiff Jimmy Alexander's individual claims shall be dismissed with prejudice.
2. Class allegations shall be dismissed without prejudice.
3. All parties shall assume their own attorneys' fees and costs.
4. All parties waive all rights of appeal and/or requests for fees or costs.

**IT IS SO STIPULATED.**

| **JUSTICE LAW CORPORATION** | **LITTLER MENDELSON, P.C.** |
|---|---|
| */s/ Douglas Han* | */s/ Jeffery J. Mann* |
| Attorneys for Plaintiff<br>JIMMY ALEXANDER | Attorneys for Defendant<br>REPUBLIC SERVICES, INC.;<br>ALLIED WASTE SYSTEMS, INC. dba<br>REPUBLIC SERVICES OF CONTRA<br>COSTA COUNTY; SOLANO<br>GARBAGE COMPANY |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having reviewed and considered the Stipulation of Dismissal Pursuant to Federal Rule |
| 3 | of Civil Procedure Section 41(a)(1)(A)(ii), and good cause appearing for same, |
| 4 | **IT IS SO ORDERED.** |

Dated: October 3, 2018

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE